UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT WOODSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 11-0531-WHA <br><br> ~~[PROPOSED]~~ ORDER EXCLUDING TIME FROM AUGUST 30, 2011 TO OCTOBER 11, 2011 |

The defendant, VINCENT WOODSON, represented by Claire Leary, Esquire, and the government, represented by Randy Luskey, Assistant United States Attorney, appeared before the Court on August 30, 2011 for a status hearing. The parties represented that the government had recently provided discovery to Ms. Leary, and that Ms. Leary would need additional time to review and digest the discovery materials.

The Court set a motions briefing schedule ordering the defendant to file any motions on October 11, 2011, the government to oppose those motions on October 25, 2011, the defendant to reply on November 1, 2011 and the parties to appear for a hearing on the motions on November 8, 2011. Counsel requested that time be excluded under the Speedy Trial Act between

ORDER EXLUDING TIME
Case No. CR 11-0531-WHA

1  August 30, 2011 and October 11, 2011 because defense counsel needed that time to review the
2  discovery and to conduct necessary investigation. The government had no objection to excluding
3  time. Counsel also requested that time be excluded under the Speedy Trial Act between October
4  11, 2011 and November 8, 2011 during the pendency of any pretrial motions, assuming that any
5  such motions are filed.

6  Based upon the representation of counsel and for good cause shown, the Court finds that
7  failing to exclude the time between August 30, 2011 and October 11, 2011 would unreasonably
8  deny counsel the reasonable time necessary for effective preparation, taking into account the
9  exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends
10 of justice served by excluding the time between August 30, 2011 and October 11, 2011 from
11 computation under the Speedy Trial Act outweigh the best interests of the public and the
12 defendant in a speedy trial. The Court further finds that the time from the filing of any pretrial
13 motions until the disposition of those motions shall be excluded from computation under the
14 Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(d). Therefore, IT IS HEREBY ORDERED that the
15 time between August 30, 2011 and October 11, 2011 shall be excluded from computation under
16 the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

19 DATED: September 2, 2011.

_____
HONORABLE WILLIAM ALSUP
United States District Judge